

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00816-CV

**IN THE INTEREST OF A.M.R.**, K.N.R. and D.M.R., Children

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 19-254B
Honorable Rex Emerson, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER all costs of the appeal taxed against appellant Aaron Michael Rogers.

SIGNED January 15, 2020.

_____
Luz Elena D. Chapa, Justice